**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 01-41247**
**Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**INOCENCIO LARA TRUJILLO, also known as**
**Jesus Abel Montes,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Southern District of Texas**
**(B-01-CR-295-1)**
_____

August 29, 2002

Before JONES, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Appointed counsel for Inocencio Lara Trujillo has requested leave to withdraw as counsel and has filed a brief in accordance with **_Anders v. California_**, 386 U.S. 738 (1967). Trujillo has received a copy of counsel's motion and brief and has filed a response. Our independent review of the record, counsel's brief, and Trujillo's response discloses no nonfrivolous issue.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, counsel's motion for leave to withdraw is **GRANTED**; counsel is excused from further responsibilities; and the appeal is **DISMISSED**. *See* 5TH CIR. R. 42.2. Trujillo's motion for appointment of new counsel is **DENIED**.